IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BILLY RAY BRADLEY, SR., #36881**                                           **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 4:05cv170TSL-JCS**

**WILLIAMS BRUNELLE, DAN ANGERO, LISA J. HOWELL,**
**LORENE SCOTT, DENISE MCMULLEN and PAT JORDAN**        **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed for plaintiff's failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), with prejudice. Plaintiff's habeas claims are dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the  25th  day of September, 2006.

                                            /s/Tom S. Lee
                                        UNITED STATES DISTRICT JUDGE